UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Darlene Anderson

V.                                Case Number: 3:03CV00996(AVC)

City of Bridgeport


Default entered pursuant to Rule 55(a) FRCP as to the defendant, **City of Bridgeport.** A Motion for Default Judgment pursuant to FRCP 55(b) shall be filed within 30 days or this action will be dismissed by the Clerk pursuant to Rule 41(b) FRCP.

Dated at Hartford, Connecticut, December 12, 2003.


KEVIN F. ROWE, CLERK


By: ___/s/ JW_____
    Jo-Ann Walker
    Deputy Clerk