UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DARLENE ANDERSON

      Vs.                    CASE NO. 3:03CV00996(AVC)

CITY OF BRIDGEPORT

## JUDGMENT

The defendant, City of Bridgeport, having failed to appear or otherwise defend in this action and a default under Fed. R. Civ. P. 55(a) having been entered on December 12, 2003, and

The plaintiff, having failed to file her motion for default judgment within thirty (30) days thereof pursuant to Fed. R. Civ. P. 55(b), it is hereby

ORDERED, ADJUDGED and DECREED that judgment is hereby entered dismissing plaintiff's complaint.

Dated at Hartford, Connecticut, this 29th day of January, 2004.

                              KEVIN F. ROWE, Clerk

                              By:    /s/JW
                                      Jo-Ann Walker
                                      Deputy Clerk

EOD:_____